FILED

APR - 6 2004

[Clerk signature]
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| EDDIE L. DAVIS, | \* | CIV. NO. 02-4207 |
| Plaintiff, | \* | |
| v. | \* | STIPULATION FOR AND |
| | \* | JUDGMENT OF DISMISSAL |
| JESSICA YORK, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their attorneys of record, that this action may be dismissed upon its merits, with prejudice, each of the parties to bear their own costs.

Dated this 22nd day of March, 2004.

WILKA & RAMSTAD, P.C.

By: _____
Timothy J. Wilka
123 S. Main Avenue
Sioux Falls, SD 57012
(605) 334-2334
*Attorney for Plaintiff*

Dated this 23rd day of March, 2004..

BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.

By: _____
Gary J. Pashby
101 N. Phillips, Suite 600
Sioux Falls, SD 57104
(605) 336-2424
*Attorney for Defendant*

## ORDER

Upon reading the foregoing Stipulation, good cause appearing, and the Court otherwise being duly advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that this action be, and the same is hereby, dismissed upon its merits, with prejudice, each of the parties to bear their own costs.

BY THE COURT:

*[signature]*
District Judge
April 5, 2004

ATTEST:

U. S. District Clerk of Courts

By *[signature]* Sharon Duro
Deputy